IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JACOB KOONTZ, as Personal Representative of the ESTATE OF JEFFREY KOONTZ, deceased,<br><br>  Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC.<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. CIV-25-1395-SLP<br>)<br>)<br>)<br>) |

**O R D E R**

Before the Court is Defendant Medtronic, Inc.'s Motion to Dismiss [Doc. No. 5]. Subsequent to the filing of Defendant's Motion, Plaintiff filed an Amended Complaint [Doc. No. 8]. "The [A]mended [C]omplaint, as the operative complaint, supersedes the original complaint's allegations[.]" *May v. Segovia*, 929 F.3d 1223, 1229 (10th Cir. 2019). Thus, those allegations are of "no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Accordingly, Defendant Medtronic, Inc.'s Motion to Dismiss [Doc. No. 5] is DENIED as MOOT.

IT IS SO ORDERED this 15th day of December, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE